**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL 123 PENSION FUND; et al.**

**Plaintiffs,**

**v.** **Case No.: 8:26-cv-974-MSS-SPF**

**APOLLO CONSTRUCTION & ENGINEERING SERVICES, INC.,**

**Defendant.**
______________________________________________/

## FINAL DEFAULT JUDGMENT

This matter having come before the Court on Plaintiffs' Motion for Entry of Default Judgment, and the Court having considered the following:

1. Plaintiffs' Complaint and Exhibits to the Complaint
2. Plaintiffs' Motion for Entry of Final Default Judgment
3. Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Entry of Final Default Judgment, and
4. The Affidavits filed herein.

It is **ORDERED** and **ADJUDGED** as follows:

1. Default Final Judgment is entered in favor of the Plaintiffs and against the Defendant, Apollo Construction & Engineering Services, Inc.

2. Plaintiffs shall recover unpaid contributions to the Plaintiffs, Trustees of Plumbers and Pipefitters Local 123 Pension Fund ("Pension Fund"), Trustees of Pipefitters Local 123 Welfare Fund ("Welfare Fund"), and Trustees of Tampa Bay Pipe Trades Joint Apprenticeship Training Committee ("JATC"), and unpaid monies withheld from the wages of employees of Defendant and not paid to the United Association of Journeymen and Apprentices of the Plumbing, Pipefitting, Air-conditioning and Refrigeration Industry of the United States and Canada, AFL-CIO, ("Union") as follows:
   a. Plaintiff Pension Fund, unpaid contributions in the amount of **$214,749.15**
   b. Plaintiff Welfare Fund, unpaid contributions in the amount of **$180,871.29.**
   c. Plaintiff Apprenticeship Fund, unpaid contributions in the amount of **$31,153.23.**
   d. Plaintiff Union, unpaid monies withheld from the wages of employees but not paid to the union in the amount of **$55,784.83.**
3. Plaintiff Pension Fund, Welfare Fund and JATC, shall recover liquidated damages from the Defendant in the amount of **$85,354.75**
4. Plaintiff Pension Fund, Welfare Fund and JATC, shall recover interest from the Defendant through May 15, 2026, as follows:

a. Pension Fund – **$17,906.22**

b. Welfare Fund – **$15,906.20**

c. JATC Fund – **$2,558.75**

5. Plaintiff Pension Fund, Welfare Fund and JATC, shall recover interest from the Defendant after May 15, 2026, as follows:

   a. Pension Fund – **$88.25 per diem**

   b. Welfare Fund – **$74.33 per diem**

   c. JATC Fund – **$12.80 per diem**

6. Plaintiff Union shall recover interest from the Defendant through May 15, 2026 on the amount of **$55,784.83.**

7. Interest shall accrue to Plaintiff Union at the rate established by law from May 15, 2026 until this judgment is satisfied.

**DONE** and **ORDERED** in Tampa, Florida on this 18th day of September 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Apollo Construction & Engineering Services, Inc.
c/o Registered Agents, Inc., Registered Agent
7901 4th Street N.
St. Petersburg, FL. 33702